# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

DIGITECH COMPUTER, INC.                          NO.   2023 CW 0030

VERSUS

CITY OF BATON ROUGE AND          **JANUARY 20, 2023**
PARISH OF EAST BATON ROUGE

---

In Re:    City of Baton Rouge/Parish of East Baton Rouge,
          applying for supervisory writs, 19th Judicial District
          Court, Parish of East Baton Rouge, No. 657701.

---

**BEFORE:    GUIDRY, C.J., WOLFE AND MILLER, JJ.**

**STAY DENIED; WRIT DENIED.**

                              **JMG**
                              **EW**
                              **SMM**

COURT OF APPEAL, FIRST CIRCUIT

*a.s.w*
_____
DEPUTY CLERK OF COURT
     FOR THE COURT